AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KASBEY WILLIAMS ) | Case No: 02-10018-02 |
| ) | USM No: 11877-035 |
| Date of Previous Judgment: December 18, 2003 ) | Carol Whitehurst |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582 (c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.      ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months is reduced to __60 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 60 to 71 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This sentence is reduced to a "Time Served" sentence without any "Overserved Time" credit in case of future supervised release revocation. This sentence reduction is subject to the Prohibition contained in U.S.S.G. 1B1.10(b)(2)(C), which specifies that in no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.

Except as provided above, all provisions of the Judgment dated __12/18/2003__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __3/4/08__

Effective Date: __March 14, 2008__
(If different from order date)

Judge's Signature

__Honorable Dee D. Drell, U.S. District Judge__
Printed Name and Title